## L. C. BLEDSOE v. STATE.

No. A-4946. Opinion Filed April 25, 1925.
(235 Pac. 267.)

(Syllabus.)

**Appeal and Error—Conviction not Disturbed on Appeal, in View of Sufficient Evidence.** Record examined, and held, that the proceedings are regular, and that the judgment and sentence is amply warranted by the evidence.

Appeal from Municipal Criminal Court, City of Tulsa; G. E. Warren, Judge.

L. C. Bledsoe, on conviction in the municipal criminal court of the city of Tulsa on a charge of unlawfully transporting whisky, was sentenced to pay a fine of $100 and to be confined in the county jail for 30 days, and appeals. Affirmed.

Ed Crossland, for plaintiff in error.

PER CURIAM. No briefs have been filed for either the plaintiff in error or the state, but we have examined the record and find that the proceedings were regular. The

information states a cause of action, and the plaintiff in error in writing waived his right to a trial by jury, and asked the court to try said cause. The evidence amply sustains the court in finding the plaintiff in error guilty, and there is no reason for disturbing the judgment and sentence. The case is affirmed.